Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-11-00297-CV

**IN RE** Mark Alan **HOGAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  May 25, 2011

PETITION FOR WRIT OF MANDAMUS AND WRIT OF PROHIBITION DISMISSED

On April 25, 2011, relator filed a petition entitled "Petition for Writ of Mandamus and Prohibition." On May 3, 2011, relator filed a "Notice of Rescission of Writ of Mandamus and Prohibition," which we construe as a motion to dismiss the petition. Accordingly, relator's petition for writ of mandamus and writ of prohibition is DISMISSED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. JC-3455, styled *Veterans Land Board of the State of Texas and Fannie Mae also known as Federal National Mortgage Association v. Mark A. Hogan, et al.*, in the Justice of the Peace Court, Precinct No. 3, Kendall County, Texas, the Honorable Debby S. Hudson presiding.